**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1208**

KARL LINARD MALLOY,

       Debtor - Appellant,

   v.

KRISTIN E. SCHELIN; MARK A. WATSON,

       Creditors - Appellees,

    and

CARL M. BATES,

       Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:24-cv-00828-MHL)

Submitted:  December 23, 2025              Decided:  December 30, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Karl Linard Malloy, Appellant Pro Se.  Christopher Lawrence Perkins, ECKERT SEAMANS CHERIN & MELLOTT, LLC, Richmond, Virginia; Carl Martin Bates, CARL

2

M. BATES, CHAPTER 13 TRUSTEE, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy appeals the district court's order dismissing for lack of jurisdiction his appeal from the bankruptcy court's order denying confirmation of his proposed Chapter 13 bankruptcy plan.  We have reviewed the record and find no reversible error.  *See Bullard v. Blue Hills Bank*, 575 U.S. 496, 498-99 (2015) (holding that an order denying Chapter 13 plan confirmation is not immediately appealable).  Accordingly, we affirm the district court's order.  *Malloy v. Schelin*, No. 3:24-cv-00828-MHL (E.D. Va. Jan. 30, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*